The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VINCENT L. FIELDS, <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES OF AMERICA <br><br> Respondent. | NO. C18-1572JLR <br><br> [Proposed] <br> ORDER TO EXTEND DUE DATE |

The United States of America seeks an extension of time, until not later than January 25, 2019, to file its Response to the Motion under 28 U.S.C. § 2255 filed by Petitioner (Dkt. 1). The Court, having considered the facts in support of the request and other facts apparent from the record grants the request for extension.

//
//
//

Order to Extend Due Date - 1
*Fields*, C18-1572JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  IT IS HEREBY ORDERED that the due date for the filing of the Response to the
2  Motion under 28 U.S.C. § 2255 is extended until not later than January 25, 2019. The
3  United States shall note the Answer for consideration on the fourth Friday after it is filed.
4  DATED this 4th day of January, 2019.

JAMES L. ROBART
United States District Judge

Presented by:

/s/ Helen J. Brunner
HELEN J. BRUNNER
Assistant United States Attorney

Order to Extend Due Date - 2
Fields, C18-1572JLR