UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VINCENT L. FIELDS,<br><br>                Petitioner,<br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>                Respondent. | CASE NO. C18-1572JLR<br><br>ORDER LIFTING STAY |

On March 25, 2019, the court stayed its consideration of Petitioner Vincent L. Fields's petition for habeas corpus under 28 U.S.C. § 2255. (*See* Order (Dkt. # 11); *see also* Pet. (Dkt. # 1).) The court stayed Mr. Fields's petition because the Federal Defenders of San Diego had advised Mr. Fields that he was potentially eligible for a sentence reduction for his 1987 conviction pursuant to the terms of the First Step Act. (Order at 2-3; *see* Fields Decl. (Dkt. # 10) ¶ 1, Ex.)

On July 26, 2019, Mr. Fields filed a letter stating that the Federal Defenders of San Diego subsequently informed him that he was not eligible for such a sentence reduction

ORDER - 1

and, accordingly, they would not be filing a motion for a sentence reduction on his behalf. (*See* Fields Letter (Dkt. # 12).) Mr. Fields stated that he was "aware" that the court would lift the stay due to the information contained in his letter. (*See id.* at 2.) On July 30, 2019, Respondent United States of America filed a status report stating that the court should lift its stay due to Mr. Fields's letter. (Gov't Status Report (Dkt. # 13.)

Pursuant to the parties' submissions, the court concludes that its basis for staying this matter is no longer relevant. Accordingly, the court LIFTS the stay, and DIRECTS the Clerk to re-note Mr. Field's motion for 14 days from the date of this order. The parties may, but are not required, to file supplemental briefs in support of their positions no later 14 days from the date of this order. Any supplemental brief shall be no longer than 10 pages.

Dated this 12th day of August, 2019.

JAMES L. ROBART
United States District Judge