# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| VINCENT L. FIELDS,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　Respondent. | CASE NO. C18-1572JLR<br><br>ORDER DENYING PETITIONER'S MOTION FOR RECONSIDERATION |

Before the court is Petitioner Vincent L. Fields's motion for reconsideration of the court's order denying Mr. Fields's Motion to Vacate, Set Aside, or Correct Sentence and denying a Certificate of Appealability. (Mot. (Dkt # 16: *see also* 9/19/19 Order (Dkt. # 15).) Pursuant to Local Rule LCR 7(h)(1), motions for reconsideration are disfavored and will ordinarily be denied unless there is a showing of (a) manifest error in the prior ruling, or (b) facts or legal authority which could not have been brought to the attention of the court earlier, through reasonable diligence. Local Rule W.D. Wash LCR 7(h)(1).

//

Because Mr. Fields fails to make either showing regarding the court's order, the court DENIES Mr. Fields's motion for reconsideration (Dkt. # 16).

Dated this 31st day of October, 2019.

JAMES L. ROBART
United States District Judge